**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1873**

In re:  JOSEPH D. KEMP,

       Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-00080-TSK-MJA)

Submitted:  March 31, 2022                     Decided:  April 13, 2022

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Joseph D. Kemp, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph D. Kemp petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by order entered on December 28, 2021, the district court accepted the magistrate judge's report and recommendation and denied the petition. Accordingly, because the district court has recently decided Kemp's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*